UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Willard Hince Jr., Jimmie Ramey, Crawford Wilson, Chris Coker, James Poole, Charlie Stone, and Alex Carner,

                Plaintiffs,

vs.

Minnesota Department of Human Services, Minnesota State Operated Services, Minnesota Sex Offender Program, Kevin Goodno, individually and in his capacity as the Commissioner of the Minnesota Department of Human Services, Michael Tessneer, individually and in his capacity as Chief Operating Officer of Minnesota State Operated Services, Steven J. Huot, individually and in his capacity as Program Services Director of the Minnesota Sex Offender Program, Dean Mooney, individually and in his capacity as the Chief Operating Officer/Director of the Minnesota Sex Offender Program, and Jennifer Service, M.D., individually and in her official capacity as Medical Director of Minnesota State Operated Forensic Services,

                Defendants.

Civil No. 05-2690 (RHK/RLE)

**ORDER**

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, to which no Objections have been interposed, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 22) is **ADOPTED**;

2. Each of the Plaintiffs' individual Applications to Proceed <u>In Forma Pauperis</u>, (Doc. Nos. 2, 3, 4, 5, 6, 7, and 8) are **DENIED AS MOOT**;

3. Plaintiffs' Motion for the Appointment of Counsel (Doc. No. 9) is **DENIED AS MOOT**;

4. Plaintiffs' Motion for Permissive Joinder of Plaintiffs (Doc. No. 10) is

**DENIED AS MOOT**;

5.  Plaintiffs' Motion for the Appointment of a Special Master (Doc. No. 11) is

**DENIED AS MOOT**;

6.  Plaintiffs' Motion for a Preliminary Injunction (Doc. No. 12) is **DENIED AS MOOT**;

7.  This action is summarily **DISMISSED** pursuant to Title 28 U.S.C. §1915(e)(2)(B)(ii).

Dated: January 10, 2006

                                              s/Richard H. Kyle
                                              Judge Richard H. Kyle
                                              United States District Court