UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Willard Hince Jr., Jimmie Ramey, Crawford Wilson, Chris Coker, James Poole, Charlie Stone, and Alex Carner, | Civil No. 05-2690 (RHK/RLE) |
| Plaintiffs, | **ORDER** |
| vs. | |
| Minnesota Department of Human Services, Minnesota State Operated Services, Minnesota Sex Offender Program, Kevin Goodno, individually and in his official capacity as the Commissioner of the Minnesota Department of Human Services, Michael Tessneer, individually and in his official capacity as Chief Operating Officer of Minnesota State Operated Services, Steven J. Huot, individually and in his official capacity as Program Services Director of the Minnesota Sex Offender Program, Dean Mooney, individually and in his official capacity as the Chief Operating Officer/Director of the Minnesota Sex Offender Program, and Jennifer Service, M.D., individually and in her official capacity as Medical Director of Minnesota State Operated Forensic Services, | |
| Defendants. | |

---

Plaintiff Charlie Stone has filed an Objection to the December 14, 2005 Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson. Judge Erickson has recommended, <u>inter alia</u>, that this action be summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Accepting Plaintiff Stone's representation that his Objection was mailed to the Clerk of Court on December 31, 2005 (it was never received or docketed), the undersigned has again reviewed de novo the Report and Recommendation. Based upon that review and all the files, records and proceedings herein, **IT IS ORDERED**:

    1.  Plaintiff Stone's Objection (Doc. No. 25) is **OVERRULED**; and

    2.  The Report and Recommendation (Doc. No. 22) is **ADOPTED**.

Dated: January 23, 2006

                                                  s/Richard H. Kyle  
                                                  Judge Richard H. Kyle  
                                                  United States District Court